UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| STEPHEN E. TAGHON, JR., *et al.*, | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:18-cv-476-PPS-MGG |
| | ) | |
| WILLIAM REDMAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

No objections have been timely filed to the report and recommendation of United States Magistrate Judge Michael G. Gotsch denying Plaintiff Stephen Taghon's motion for leave to amend his complaint and dismissal for failure to prosecute and comply with court orders pursuant to Fed. R. Civ. P. 41(b). Without objection, then, I adopt Judge Gotsch's findings that plaintiffs' failures to sign their motion and failure to comply with the Court's order [DE 9] warrants denial of the motion for leave to amend and dismissal of the complaint, on account of plaintiffs' failure to file a proof of service of the summonses and complaint in this more than six months after the case was filed and the summonses issued.

ACCORDINGLY:

Judge Gotsch's Report and Recommendation [DE 11] are ACCEPTED AND ADOPTED.

Plaintiffs' Motion for Leave to Amend [De 8] is DENIED; and Plaintiffs' case is DISMISSED without prejudice. The clerk is directed to CLOSE this case.

SO ORDERED on January 23, 2019.

        /s/ Philip P. Simon
        PHILIP P. SIMON, JUDGE
        UNITED STATES DISTRICT COURT